UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

OCTAVIOUS PROFIT,

Defendant.

26 Cr. 139 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Defendant's arraignment and the initial pretrial conference on **April 22, 2026**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Pursuant to the Court's discussions with the parties, and with Mr. Profit's consent, time is excluded under the Speedy Trial Act between April 15, 2026, and April 22, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to prepare for the conference and to discuss a potential pretrial resolution in this matter.

SO ORDERED.

Dated:     April 15, 2026
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge