

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 16, 2026



**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

>        Re:        ***United States v. Octavious Profit*, 26 Cr. 139 (KPF)**

Dear Judge Failla:

        The Government respectfully writes in advance of the scheduled June 17, 2026 status conference in the above-captioned matter.

        On behalf of both the Government and the defense, the Government respectfully requests that the Court adjourn the June 17, 2026 status conference by approximately 30 days, to allow the parties additional time to continue their discussions regarding a potential pretrial resolution of this case.  This is the parties' first request for an adjournment of a status conference in this matter.

        In addition, the Government respectfully requests that the time between June 17, 2026 and the next scheduled status conference be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow defense counsel and the defendant additional time to review the discovery that has been produced, and such an exclusion will also allow the parties to continue their discussions regarding a potential pretrial resolution of this case.  The Government has spoken to defense counsel, and the defendant consents to this request.

>                Respectfully submitted,
>
>                JAY CLAYTON
>                United States Attorney
>
>        By:    *Christian Ronald*
>                Christian B. Ronald
>                Assistant United States Attorney
>                Southern District of New York
>                (212) 637-2417
>                christian.ronald@usdoj.gov

cc (by ECF):   Mark Gombiner, Esq.

Application GRANTED.

The conference currently scheduled for June 17, 2026, is hereby ADJOURNED to **July 16, 2026,** at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between June 17, 2026, and July 16, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry  12.

Dated:     June 16, 2026          SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE