**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 10, 2026

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Octavious Profit*, 26 Cr. 139 (KPF)**

Dear Judge Failla:

The Government respectfully writes in advance of the scheduled July 16, 2026 status conference in the above-captioned matter.

On behalf of both the Government and the defense, the Government respectfully requests that the Court adjourn the July 16, 2026 status conference by approximately three weeks, to allow the parties additional time to finalize their discussions regarding a potential pretrial resolution of this case. This is the parties' second request for an adjournment of a status conference in this matter.

In addition, the Government respectfully requests that the time between July 16, 2026 and the next scheduled status conference be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow defense counsel and the defendant additional time to review the discovery that has been produced, and such an exclusion will also allow the parties to finalize their discussions regarding a potential pretrial resolution of this case. The Government has spoken to defense counsel, and the defendant consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: Christian Ronald
Christian B. Ronald
Assistant United States Attorney
Southern District of New York
(212) 637-2417
christian.ronald@usdoj.gov

cc (by ECF): Mark Gombiner, Esq.

Application GRANTED.

The conference currently scheduled for July 16, 2026, is hereby ADJOURNED to **August 5, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between July 16, 2026, and August 5, 2026. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated: July 10, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE